**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **513 Investments, LLC** |

**2. All other names debtor used
in the last 8 years**

Include any assumed names,
trade names, and *doing business
as names*

**3. Debtor's federal Employer
Identification Number (EIN)**

4 5 – 5 1 6 0 5 9 4

**4. Debtor's address**

**Principal place of business**

**513 McCoy Dr.**
Number    Street

**Van Alstyne, TX 75495**
City                State    ZIP Code

**Grayson**
County

**Mailing address, if different from principal place of
business**

Number        Street

City                State    ZIP Code

**Location of principal assets, if different from principal
place of business**

Number        Street

City                State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **513 Investments, LLC**

Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5  3  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
                                                       MM / DD / YYYY

Case number, if known _____

| Debtor | **513 Investments, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district?*** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other | |
| | **Where is the property?** _____ | |
| |    Number      Street | |
| | _____ | |
| | _____ | |
| |    City           State   ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.   Insurance agency  _____ | |
| |        Contact name  _____ | |
| |        Phone  _____ | |

## Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | |
| | ☐ Funds will be available for distribution to unsecured creditors. | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000  ☐ 5,001-10,000 | ☐ 25,001-50,000  ☐ 50,000-100,000 |
| | ☐ 50-99 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 100-199  ☐ 200-999 | | |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **513 Investments, LLC**

Name

Case number *(if known)*

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/02/2026**

MM/ DD/ YYYY

**X** **/s/ David Kirby**

Signature of authorized representative of debtor

**David Kirby**

Printed name

Title   **Member-Owner**

**18. Signature of attorney**

**X** **/s/ Clayton L. Everett**

Signature of attorney for debtor

Date **02/02/2026**

MM/ DD/ YYYY

**Clayton L. Everett**

Printed name

**Norred Law, PLLC**

Firm name

**515 E. Border**

Number        Street

**Arlington**

City

**TX**

State

**76010**

ZIP Code

**(817) 704-3984**

Contact phone

**clayton@norredlaw.com**

Email address

**24065212**

Bar number

**TX**

State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **513 Investments, LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   **513 Investments, LLC**       Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor Name **513 Investments, LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ___ ___ ___ ___ | _____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1  _____ _____

   4.2  _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. [_____]

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1  _____ _____

Debtor    **513 Investments, LLC**
    Name

Case number *(if known)* _____

---

7.2 _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____    _____

    8.2 _____    _____

9.    **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.    _____

| Part 3: | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11.   **Accounts receivable**

    11a. 90 days old or less:  _____ - _____ =....➡️    _____
                            face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:  _____ - _____ =....➡️    _____
                           face amount            doubtful or uncollectible accounts

12.   **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    _____

| Part 4: | Investments |
|---|---|

13.   **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    **Valuation method used for current value**    **Current value of debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

---

Debtor   **513 Investments, LLC** _____   Case number *(if known)* _____
Name

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____   _____   _____

16.2 _____   _____   _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.
| |
|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies**<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.
| |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **513 Investments, LLC**

Name

Case number *(if known)*

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor   **513 Investments, LLC**

Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    **513 Investments, LLC**                                    Case number *(if known)* _____
          Name

---

**48.**  **Watercraft, trailers, motors, and related accessories** Examples:
         Boats, trailers, motors, floating homes, personal watercraft, and fishing
         vessels

48.1  _____    _____  _____  _____

48.2  _____    _____  _____  _____

**49.**  **Aircraft and accessories**

49.1  _____    _____  _____  _____

49.2  _____    _____  _____  _____

**50.**  **Other machinery, fixtures, and equipment (excluding farm
         machinery and equipment)**

      _____    _____  _____  _____

**51.**  **Total of Part 8**                                              | _____ |

         Add lines 47 through 50. Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

         ☐ No
         ☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

         ☐ No
         ☐ Yes

| **Part 9:** | Real property |
| --- | --- |

**54.**  **Does the debtor own or lease any real property?**

         ☐ No. Go to Part 10.
         ☑ Yes. Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 **11 acres of land at Reed Lane & Preston Road, SH 289 /** Gunter, TX 75058 | Fee Simple | unknown | **Based on broker's opinion and prior offers** | **$1,900,000.00** |
| 55.2 **7 acres & 3 commercial buildings /** 659 Martin Duke Rd. Van Alstyne, TX 75495 | Fee Simple | unknown | **Broker and owner's opinion** | **$4,000,000.00** |

**56.**  **Total of Part 9**                                              | **$5,900,000.00** |

         Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

---

Official Form 206A/B              **Schedule A/B: Assets — Real and Personal Property**              page 6

Debtor     **513 Investments, LLC**
_____     Case number *(if known)* _____
         Name

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

_____

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor   **513 Investments, LLC**
Name _____   Case number *(if known)* _____

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ =➔   _____
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Cause of action against Mal Technologies Fleet, LLC for breach of lease and conversion (pending Grayson County litigation)**   **unknown**

**Nature of claim**   **Breach & Conversion** _____

**Amount requested**   **$157,000.00** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

**Nature of claim** _____

**Amount requested** _____

76. **Trusts, equitable or future interests in property**

_____   _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____

_____   _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.   _____

---

Debtor   **513 Investments, LLC**                           Case number *(if known)* _____
Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................... ➡ | | **$5,900,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | **unknown** | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | **$0.00** + 91b. | **$5,900,000.00** |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................... | | **$5,900,000.00** |

Fill in this information to identify the case:

Debtor name **513 Investments, LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

**First United Bank & Trust Co.**

**Creditor's mailing address**

**401 E. Taylor St.**

**Sherman, TX 75090**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

11 acres of land at Reed Lane & Preston Road, SH 289, 7 acres & 3 commercial buildings

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,600,000.00**    Column B: **$5,900,000.00**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$1,600,000.00**

Debtor    **513 Investments, LLC**

Name _____    Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Tressie E. McKeon**<br>**123 South Travis**<br>**Sherman, TX 75090** | Line 2. __1__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **513 Investments, LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**2.1**

Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

**2.2**

Priority creditor's name and mailing address

**Norred Law, PLLC**

**Norred Law, PLLC**

**515 E. Border**

**Arlington, TX 76010**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

Debtor   **513 Investments, LLC**

Name   Case number *(if known)* _____

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**ColorBuild, Inc.**

**782 NW 42nd Ave 436**

**Miami, FL 33126**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

unknown

Equitable claim for transfer from Priority

Date or dates debt was incurred   _____

Basis for the claim:  to 513 Inv.

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

**Grayson County Tax Assessor**

**P.O. Box 2107**

**Sherman, TX 75091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00

Date or dates debt was incurred   _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

**Legalist SPV III, LP**

**58 West Portal Ave. 747**

**San Francisco, CA 94127**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

unknown

equitable claim arising from Priority Public

Date or dates debt was incurred   _____

Basis for the claim:  transfer to 513 Inv.

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

**Mal Technologies Fleet, LLC**

**1018 Rushmore Drive**

**Allen, TX 75002**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

unknown

Potential counterclaims or offsets in pending

Date or dates debt was incurred   _____

Basis for the claim:  litigation

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  __513 Investments, LLC__                    Case number *(if known)* _____
　　　　Name

---

| Part 2: | Additional Page |
| --- | --- |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| --- | --- | --- | --- |

**3.5** Nonpriority creditor's name and mailing address

__Texas Comptroller__

__Revenue Accounting Division - Bankruptcy Section__

__PO Box 13528__

__Austin, TX 78711__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **513 Investments, LLC**
_____    Case number *(if known)* _____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Francisco Nunez, Registered Agent**<br>**410 South Kirby**<br>**Garland, TX 75042** | Line **3.1**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Kuehn, Brant**<br>**1345 Avenue of the Americas, 22nd Floor**<br>**New York, NY 10105** | Line **3.3**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **513 Investments, LLC**
Name

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$0.00** |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$0.00** |

Fill in this information to identify the case:

Debtor name     **513 Investments, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
      Copy line 88 from *Schedule A/B*...................................................................................    **$5,900,000.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................    **$0.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................    **$5,900,000.00**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$1,600,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................    **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    **+ $0.00**

4. **Total liabilities**............................................................................................................    **$1,600,000.00**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name      **513 Investments, LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/02/2026**      **X** **/s/ David Kirby**
      MM/ DD/ YYYY        Signature of individual signing on behalf of debtor

                                **David Kirby**
                                Printed name

                                **Member-Owner**
                                Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of Texas

**In re**     513 Investments, LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ......................................................................................    **$14,238.00**

Prior to the filing of this statement I have received ...........................................................................    **$14,238.00**

Balance Due ......................................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

Scope of Representation. Counsel represents 513 Investments, LLC solely in connection with its Chapter 11, Subchapter V bankruptcy case. This representation excludes the prosecution or defense of any adversary proceeding or contested matter, unless and until Counsel and the Debtor enter into a separate written engagement for such matter and, if required, obtain approval of the Bankruptcy Court. Counsel does not represent David Kirby in his individual capacity, Priority Public Safety, LLC, or any other affiliate or related party, unless and until a separate written engagement is executed and approved by the Bankruptcy Court if required.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **02/02/2026** | **/s/ Clayton L. Everett** |
| *Date* | Clayton L. Everett |
| | *Signature of Attorney* |

Bar Number: 24065212
Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010
Phone: (817) 704-3984

**Norred Law, PLLC**
*Name of law firm*

---

ColorBuild, Inc.
782 NW 42nd Ave 436
Miami, FL 33126

First United Bank & Trust Co.
401 E. Taylor St.
Sherman, TX 75090

Francisco Nunez, Registered Agent
410 South Kirby
Garland, TX 75042

Grayson County Tax Assessor
P.O. Box 2107
Sherman, TX 75091

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

David Kirby
513 McCoy
Van Alstyne, TX 75495

Brant Kuehn
1345 Avenue of the Americas, 22nd Floor
New York, NY 10105

Legalist SPV III, LP
58 West Portal Ave. 747
San Francisco, CA 94127

Mal Technologies Fleet, LLC
1018 Rushmore Drive
Allen, TX 75002

Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010

Texas Comptroller
Revenue Accounting Division - Bankruptcy Section
PO Box 13528
Austin, TX 78711

Tressie E. McKeon
123 South Travis
Sherman, TX 75090

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **513 Investments, LLC**

CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **02/02/2026**    Signature **/s/ David Kirby**
David Kirby, Member-Owner

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: **513 Investments, LLC**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
### PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date
01/31/2026

David Kirby
Member-Owner
EIN No.  0 5 9 4

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
01/31/2026

Clayton L. Everett
Attorney