UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | CASE NO: 26-40381 |
|---|---|
| 513 Investments, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 11 |

On 2/18/2026, I did cause a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy ECF Docket Reference No. 11

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/18/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>513 Investments, LLC | CASE NO: 26-40381<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 11 |

On 2/18/2026, a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy ECF Docket Reference No. 11

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/18/2026

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0540-4<br>CASE 26-40381<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN<br>TUE FEB 17 20:34:39 CST 2026 | ALL FLEET SOLUTIONS<br>500 W BETHANY DR #300<br>ALLEN, TX 75013-3728 | FENIEX INDUSTRIES<br>6320 E. STASSNEY LN. SUITE 175<br>AUSTIN, TX 78744-3133 |
| GAMBER-JOHNSON LLC<br>3001 BORHAM AVENUE<br>STEVENS POINT, WI 54481-5062 | GRAYSON COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>C/ O JOHN KENDRICK TURNER<br>3500 MAPLE AVENUE<br>SUITE 800<br>DALLAS, TX 75219-3959 | INNOVATIVE EMERGENCY EQUIPMENT<br>1616 MARLBOROUGH AVE<br>RIVERSIDE, CA 92507-2041 |
| JOTTO DESK<br>209 W. EASY ST.<br>ROGERS, AR 72756-2425 | MAIN STREET SIGNS & GRAPHICS<br>LLL L W ABRAM ST<br>ARLINGTON, TX 76013-6928 | PLANE - U. S. BANKRUPTCY COURT<br>SUITE 300B<br>660 NORTH CENTRAL EXPRESSWAY<br>PLANO, TX 75074-6795 |
| APPLIED CONCEPTS, INC. DBA STALKER RADAR<br>2609 TECHNOLOGY DRIVE<br>PLANO, TX 75074-7467 | GO RHINO<br>589 W APOLLO ST.<br>BREA, CA 92821-3127 | LEHR AUTO ELECTRIC<br>4707 NORTHGATE BLVD<br>SACRAMENTO, CA 95834-1120 |
| FIRST UNITED BANK & TRUST COMPANY<br>FIRST UNITED BANK AND TRUST COMPANY<br>1400 W MAIN<br>DURANT, OK 74701-4906 | ABERNATHY, ROEDER, BOYD & HULLETT, P .C<br>1700 REDBUD BLVD., SUITE 300<br>MCKINNEY, TEXAS 75069-3276 | FEDERAL SIGNAL CORPORATION<br>2645 FEDERAL SIGNAL DRIVE<br>UNIVERSITY PARK, IL 60484-3195 |
| GRAFIX SHOPPE, INC.<br>3225 NEIL ARMSTRONG BLVD #600<br>EAGAN, MN 55121-2284 | HAVIS, INC.<br>75 JACKSONVILLE ROAD<br>WARMINSTER, PA 18914-4803 | JOHN WRIGHT ASSOCIATES INC<br>LLLL W ABRAM S<br>ARLINGTON, TX 76013-6928 |
| MOTOROLA SOLUTIONS, INC.<br>500 W. MONROE STREET<br>CHICAGO, IL 60661-3611 | PLASTIX PLUS<br>10818 BARELY LN SUITE A<br>HOUSTON, TX 77070-5964 | SETINA MANUFACTURING CO., INC.<br>2926 YELM HWY SE<br>OLYMPIA, WA 98501-4898 |
| TRESSIE E. MCKEON<br>123 SOUTH TRAVIS<br>SHERMAN, TX 75090-5928 | BEHROOZ (SBRA V) P. VIDA<br>3000 CENTRAL DR.<br>BEDFORD, TX 76021-3671 | ONSITEDECALS, LLC<br>12807 ROYAL DR #101<br>STAFFORD, TX 77477-4222 |
| PRIORITY PUBLIC SAFETY, LLC<br>659 MARTIN DUKE RD<br>VAN ALSTYNE, TX 75495-2824 | STOP STICK LTD.<br>365 INDUSTRIAL DR<br>HARRISON, OH 45030-1498 | US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 N. COLLEGE AVE.<br>SUITE 300<br>TYLER, TX 75702-7231 |

OWENS PRODUCTS
1107 PROGRESS ST.
STURGIS, MI 49091-9375

PRO-GARD PRODUCTS
9650 EAST 148TH STREET
NOBLESVILLE, IN 46060-4328

(P) TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528