Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

Eastern District of Texas
Sherman Division

| | |
|---|---|
| In re:<br>**513 Investments, LLC**<br>513 McCoy Drive<br>Van Alstyne, TX 75495<br>EIN: 84-2663431<br><br>Debtors. | Case No. 26-40381-btr<br><br>Chapter 11 |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Approving Application for Admission Pro Hac Vice* for Mark S. Horoupian (Dkt.35), *Order Approving Application for Admission Pro Hac Vice* for Amith Arcot (Dkt.36) and the *Order Approving Application for Admission Pro Hac Vice* for Brant Kuehn (Dkt.37) was served on March 13, 2026, via First-Class Mail to Van Alstyne Independent School District at the following address:

VAN ALSTYNE INDEPENDENT SCHOOL DISTRICT
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069

    Respectfully submitted,

    Norred Law, PLLC
    By: /s/ Clayton L. Everett
    Clayton L. Everett
    Texas State Bar No. 24065212
    clayton@norredlaw.com
    515 E. Border Street
    Arlington, Texas 76010
    Telephone: (817)704-3984
    Counsel for Debtor