# United States Bankruptcy Court
## Eastern District of Texas

| | |
|---|---|
| **In re:**<br>**513 Investments, LLC**<br>513 McCoy Dr.<br>Van Alstyne, TX 75495<br>Tax ID/EIN: xx-xxx3431<br><br>**Debtor** | **Case No. 26-40381-btr11**<br><br>**Chapter 11**<br><br>**[Subchapter V Case]** |

## ORDER GRANTING MOTION TO CONTINUE HEARING

**CAME ON FOR CONSIDERATION** the *Debtor's Motion to Continue Hearing* ("Motion") (Dkt. 50) filed by 513 Investments, LLC ("Debtor") regarding the *Application to Employ Norred Law PLLC as Counsel to the Debtor and Debtor-in-Possession* ("Application") (Dkt. 29). The Court, finding that notice of the Motion was adequate under the circumstances and that good cause exists for granting the same, is of the opinion that the Motion should be granted. It is therefore

**ORDERED, ADJUDGED and DECREED** that the *Motion to Continue Hearing* is hereby **GRANTED** as set forth herein**.** It is further

**ORDERED, ADJUDGED and DECREED** that the hearing on the Application is continued to **May 26,  2026 at 09:30 a.m. (CST)** and shall be heard in the United States Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas. It is further

**ORDERED, ADJUDGED and DECREED** that the Debtor's proposed counsel shall  shall give notice of this hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing. It is further

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed on 4/23/2026

_Brenda T. Rhoades_ KC

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE