# United States Bankruptcy Court
## Eastern District of Texas
### Sherman Division

| | |
|---|---|
| **In re:** | **Case No. 26-40381** |
| **513 Investments, LLC** | |
| 513 McCoy Dr. | **Chapter 11** |
| Van Alstyne, TX 75495 | |
| Tax ID/EIN: xx-xxx3431 | **[Subchapter V Case]** |
| **Debtor** | |

### AMENDED ORDER SETTING PLAN RELATED DEADLINES AND HEARING ON CONFIRMATION (SMALL BUSINESS DEBTOR - SUBCHAPTER V)

On June 4, 2026, the debtor in the above-referenced case ("Debtor") filed an *Emergency Motion to Vacate and Reset Plan-Related Deadlines and to Continue the Confirmation Hearing* ("Motion"). The Debtor concurrently filed its *First Modified Subchapter V Plan of Reorganization* ("Modified Plan"). Finding that an administrative omission occurred regarding the distribution of ballots for the original plan, and that the Debtor has resolved major creditor disputes via its Modified Plan, the Court finds good cause exists to grant the requested relief.

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN, THAT:**

A.      On or before June 10, 2026, a copy of this Amended Order, the Debtor's First Modified Subchapter V Plan of Reorganization, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); however, in accordance with 11 U.S.C. § 1126(f), acceptances and rejections will not be solicited from any class that is not impaired under the proposed plan.

B.      July 10, 2026 is fixed as the last day for submitting written acceptances or rejections of the Debtor's Modified Plan, which must be received by **5:00 p.m. (CDT)** on that

date at the offices of **Clayton L. Everett, 515 E. Border St., Arlington, TX 76010**. No acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation without further Court order;

C.      July 8, 2026 is fixed as the last day for filing and serving written objections to confirmation of the Debtor's Modified Plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1), and all comments or objections not timely filed and served by such deadline shall be deemed waived;

D.      The hearing to consider the confirmation of the Debtor's Modified Plan is fixed and shall be held on July 14, 2026 at 9:30 a.m. in the Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, Texas 75074, which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.

Signed on 6/9/2026

*Brenda T. Rhoades*      KC

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE