UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>513 INVESTMENTS, LLC | CASE NO: 26-40381<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 59 |

On 6/10/2026, I did cause a copy of the following documents, described below,

Debtor's First Modified Subchapter V Plan of Reorganization ECF Docket Reference No. 59

Amended Order Setting Plan Related Deadlines and Hearing on Confirmation 63

Ballot for Accepting or Rejecting Debtor's First Modified Subchapter V Plan of Reorganization

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/10/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

513 INVESTMENTS, LLC

CASE NO: 26-40381

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 59

On 6/10/2026, a copy of the following documents, described below,

Debtor's First Modified Subchapter V Plan of Reorganization ECF Docket Reference No. 59

Amended Order Setting Plan Related Deadlines and Hearing on Confirmation 63

Ballot for Accepting or Rejecting Debtor's First Modified Subchapter V Plan of Reorganization

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/10/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

DEBTOR

 LABEL MATRIX FOR LOCAL NOTICING
05404
CASE 26-40381
EASTERN DISTRICT OF TEXAS
SHERMAN
WED JUN 10 08-34-33 CDT 2026

513 INVESTMENTS LLC
513 MCCOY DR
VAN ALSTYNE TX 75495-4700

ABERNATHY ROEDER BOYD  HULLETT PC
1700 REDBUD BLVD SUITE 300
MCKINNEY TEXAS 75069-3276

ALL FLEET SOLUTIONS
500 W BETHANY DR 300
ALLEN TX 75013-3728

APPLIED CONCEPTS INC DBA STALKER RADAR
2609 TECHNOLOGY DRIVE
PLANO TX 75074-7467

AMITH ARCOT
GREENSPOON MARDER LLP
1345 AVENUE OF THE AMERICAS
SUITE 2200
10105
NEW YORK NY 10105-0302

BRANT KUEHN
1345 AVENUE OF THE AMERICAS 22ND FLOOR
NEW YORK NY 10105-0011

COLORBUILD INC
782 NW 42ND AVE 436
MIAMI FL 33126-5549

DAVID KIRBY
513 MCCOY
VAN ALSTYNE TX 75495-4700

CLAYTON L EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON TX 76010-7402

FEDERAL SIGNAL CORPORATION
2645 FEDERAL SIGNAL DRIVE
UNIVERSITY PARK IL 60484-3195

FENIEX INDUSTRIES
6320 E STASSNEY LN SUITE 175
AUSTIN TX 78744-3133

FIRST UNITED BANK  TRUST CO
401 E TAYLOR ST
SHERMAN TX 75090-2855

FIRST UNITED BANK  TRUST COMPANY
FIRST UNITED BANK AND TRUST COMPANY
1400 W MAIN
DURANT OK 74701-4906

FIRST UNITED BANK  TRUST COMPANY
1400 W MAIN
DURANT OK 74701-4906

FRANCISCO NUNEZ REGISTERED AGENT
410 SOUTH KIRBY
GARLAND TX 75042-7417

GAMBERJOHNSON LLC
3001 BORHAM AVENUE
STEVENS POINT WI 54481-5062

GO RHINO
589 W APOLLO ST
BREA CA 92821-3127

GRAFIX SHOPPE INC
3225 NEIL ARMSTRONG BLVD 600
EAGAN MN 55121-2284

GRAYSON COUNTY
LINEBARGER GOGGAN BLAIR AND SAMPSON LLP
CO JOHN KENDRICK TURNER
3500 MAPLE AVENUE
SUITE 800
DALLAS TX 75207 TX 75219-3959

GRAYSON COUNTY
LINEBARGER GOGGAN BLAIR  SAMPSON LLP
CO JOHN KENDRICK TURNER
3500 MAPLE AVENUE
SUITE 800
DALLAS TX 75219-3959

GRAYSON COUNTY TAX ASSESSOR
PO BOX 2107
SHERMAN TX 75091-2107

HAVIS INC
75 JACKSONVILLE ROAD
WARMINSTER PA 18974-4803

SUSAN B HERSH
DOJUST
1100 COMMERCE ST
STE 976
DALLAS TX 75242-1011

MARK S HOROUPIAN
GREENSPOON MARDER LLP
1875 CENTURY PARK EAST
SUITE 1900
LOS ANGELES CA 90067-2519

INNOVATIVE EMERGENCY EQUIPMENT
1616 MARLBOROUGH AVE
RIVERSIDE CA 92507-2041

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JOHN WRIGHT ASSOCIATES INC
1111 W ABRAM S
ARLINGTON TX 76013-6928

JOTTO DESK
209 W EASY ST
ROGERS AR 72756-2425

BRANT KUEHN
GREENSPOON MARDER PA
1345 AVENUE OF THE AMERICAS
SUITE 2200
NEW YORK
NY 10105-0302

LEHR AUTO ELECTRIC
4707 NORTHGATE BLVD
SACRAMENTO CA 95834-1120

LEGALIST SPV III LP
CO BRANT KUEHN
1345 AVENUE OF THE AMERICAS 22ND FLOOR
NEW YORK NY 10105-0011

PAUL M LOPEZ
ABERNATHY ROEDER BOYD  HULLETT PC
1700 REDBUD BLVD
STE 300
MCKINNEY TX 75069-3276

MAIN STREET SIGNS  GRAPHICS
1111 W ABRAM ST
ARLINGTON TX 76013-6928

MAL TECHNOLOGIES FLEET LLC
1018 RUSHMORE DRIVE
ALLEN TX 75002-1506

MOTOROLA SOLUTIONS INC
500 W MONROE STREET
CHICAGO IL 60661-3671

NORRED LAW PLLC
NORRED LAW PLLC
515 E BORDER
ARLINGTON TX 76010-7402

ONSITEDECALS LLC
12807 ROYAL DR 101
STAFFORD TX 77477-4222

OWENS PRODUCTS
1107 PROGRESS ST
STURGIS MI 49091-9375

PLASTIX PLUS
10818 BARELY LN SUITE A
HOUSTON TX 77070-5964

PRIORITY PUBLIC SAFETY LLC
659 MARTIN DUKE RD
VAN ALSTYNE TX 75495-2824

PROGARD PRODUCTS
9650 EAST 148TH STREET
NOBLESVILLE IN 46060-4328

SETINA MANUFACTURING CO INC
2926 YELM HWY SE
OLYMPIA WA 98501-4898

STOP STICK LTD
365 INDUSTRIAL DR
HARRISON OH 45030-1498

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CO OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY - COLLECTIONS DIVISION MC-008
PO BOX 12548
AUSTIN TX 78711-2548

TRESSIE E MCKEON
123 SOUTH TRAVIS
SHERMAN TX 75090-5928

JOHN KENDRICK TURNER
LINEBARGER GOGGAN BLAIR  SAMPSON LLP
3500 MAPLE AVENUE
SUITE 800
DALLAS TX 75219-3959

US ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
MAIN JUSTICE BUILDING
10TH  CONSTITUTION AVE NW
WASHINGTON DC 20530-0001

US TRUSTEE
OFFICE OF THE US TRUSTEE
110 N COLLEGE AVE
SUITE 300
TYLER TX 75702-7231

VAN ALSTYNE INDEPENDENT SCHOOL DISTRICT
ABERNATHY ROEDER BOYD  HULLETT PC
1700 REDBUD BLVD SUITE 300
MCKINNEY TEXAS 75069-3276

BEHROOZ (SBRA V) P VIDA
3000 CENTRAL DR
BEDFORD TX 76021-3671

J MICHAEL YOUNG
WYNNE SMITH  YOUNG PLLC
707 W WASHINGTON ST
SHERMAN TX 75092-5639